UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VON PINGEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS JOSEPH SPITTENBURG, et al.,<br><br>　　　　　　Defendants. | Case No. 20-cv-00261-TSH<br><br>**ORDER TO SHOW CAUSE** |

　　　　As Plaintiff seeks relief under the Americans with Disabilities Act, this case is governed by General Order 56, which stays all proceedings pending a joint site inspection and settlement negotiation process, as set forth in ECF No. 3.  On June 15, 2020, based on a lack of docket activity in the case, the Court extended the joint inspection deadline to July 23, 2020, and the deadline to request mediation to September 3, 2020.  ECF No. 12.  However, as there had still been no docket activity, the Court ordered parties to file a status report by September 22, 2020, regarding their efforts in compliance with General Order 56.  No response has been received.  Accordingly, the Court **ORDERS** Plaintiff Robert von Pingel to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by October 19, 2020.  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.

　　　　**IT IS SO ORDERED.**

Dated: September 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge